**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PANAMA CITY DIVISION**

IN RE:

DAVID LEE LAFORD,                               CASE NO.: 24-50144
                                                CHAPTER 7

    Debtor.
_____/

## SECOND MOTION TO DELAY ENTRY OF DISCHARGE ORDER TO FILE REAFFIRMATION AGREEMENT

COMES NOW, the Debtor, Lee LaFord, by and through their undersigned Counsel, and files this Second Motion to Delay Entry of Discharge Order to File Reaffirmation Agreement, pursuant to Fed. R. Bank. P. 4008, and states as follows:

1. Pursuant to the Statement of Intention for Individuals Filing Under Chapter 7, the Debtor intends to enter into a Reaffirmation Agreement with Innovations Financial Credit Union.

2. The Debtor and Creditor are in the process of executing the Reaffirmation Agreement and respectfully request the Court delay entry of the discharge until February 20, 2025.

3. The relief requested in this Motion is made in good faith and not for the purposes of delay.

**WHEREFORE**, the Debtor, Lee LaFord, respectfully request the Court enter an Order Granting Debtor's Second Motion to Delay Entry of Discharge to File Reaffirmation Agreement, delaying entry of the discharge until February 20, 2025.

**RESPECTFULLY SUBMITTED** this 20th day of January, 2024.

By:    */s/ Robert C. Bruner*
        Robert C. Bruner
        Florida Bar No.0068576
        2868-B Remington Green Circle
        Tallahassee, FL  32308
        Office: (850) 385-0342
        Fax: (850) 270-2441

## **CERTIFICATE OF SERVICE**

I, Robert C. Bruner, hereby certify that a true and accurate copy of the above forgoing document was served on the following in the manner stated below:

1. **Served by the Court via Notice of Electronic Filing (NEF):** I have confirmed that the foregoing document was served by the Court via NEF on January 20, 2025, to the following person(s) at the email address(es) noted herein:

    **Paul Burke    bankruptcy@burkemoore.com**

    **Mary W. Colon    trustee@marycolon.com, fl33@ecfcbis.com;ecf.alert+Colon@titlexi.com**

    **Chad D. Heckman    eservice@heckmanlawgroup.com, Attorney for Innovations Financial Credit Union**

    **Michael Howard Moody    Michael.Moody@MichaelHMoodyLaw.com, 8483@notices.nextchapterbk.com;MichaelHMoodyLawPA@jubileebk.net**

    **United States Trustee    USTPRegion21.TL.ECF@usdoj.gov**

Date: January 20, 2025

By:    */s/ Robert C. Bruner*
       Robert C. Bruner